UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PERFORMANCE IMPRESSIONS, LLC<br><br>and<br><br>DAVID OPPENHEIMER,<br><br>        Plaintiffs<br><br>v.<br><br>CIEE, INC.,<br><br>        Defendant | Civil Action |

**COMPLAINT**
**AND CLAIM FOR TRIAL BY JURY**

  This Action is brought under the Copyright Act of the United States under 17 U.S.C. §§ 101 et seq. Plaintiffs are seeking to redress the infringement by Defendant of a copyrighted photograph taken by Plaintiff, David Oppenheimer. Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1338(a) and proper venue exists under 28 U.S.C. §1400(a).

  1.  Plaintiff, DAVID OPPENHEIMER (hereinafter, "Oppenheimer"), is a professional photographer residing in Asheville, North Carolina.

  2.  Plaintiff, PERFORMANCE IMPRESSIONS, LLC (hereinafter, "Performance Impressions") is a limited liability company duly organized under the laws of the State of North Carolina with a mailing address of P. O. Box 8105, Asheville, North Carolina 28814.

Oppenheimer is the principal of Performance Impressions through which he licenses the photograph that is the subject of this action. Oppenheimer and Performance Impressions are sometimes collectively referred to as the Plaintiffs.

3. Defendant, CIEE, INC. ("CIEE"), is a corporation duly organized under the laws of the State of Delaware. CIEE is registered in the Commonwealth of Massachusetts as a Foreign Corporation and it regularly conducts business at 3 Copley Plaza, 2nd Floor, Boston, Suffolk County, Massachusetts 02116.

4. In or around 2013, Oppenheimer took an aerial photograph of the Isle of Palms in the state of South Carolina (hereinafter, the "Isle of Palms Photograph"). The Isle of Palms Photograph was published on Performance Impression's website at www.performanceimpressions.com, with the following copyright information clearly visible on said Photograph: "© 2013 David Oppenheimer/Performance Impressions." A copy of the Isle of Palms Photograph is attached hereto as "Exhibit A" and is incorporated herein by reference.

5. Oppenheimer is the author of the Isle of Palms Photograph and has at all times owned, and continues to own all of the rights to said Photograph including the copyright thereto. The Photograph was registered with the Copyright Registration Office at the Library of Congress and was given Copyright Registration Number VAu 1-142-190, effective August 31, 2013. See the Certificate of Registration, a copy of which is attached hereto as "Exhibit B," and is incorporated herein by reference.

6. Defendant copied the Isle of Palms Photograph and used and displayed it on Defendant's website located at: www.CIEE.org, without the permission or authority of either Oppenheimer or Performance Impressions. A copy of the Isle of Palms Photograph as it

appeared on Defendant's website is attached hereto as "Exhibit C" and is incorporated herein by reference.

7. Plaintiffs did not discover that Defendant used the Isle of Palms Photograph without their permission until early 2016.

8. Defendant's copying, use and display of the Isle of Palms Photograph on its website without the permission or authority of either Oppenheimer or Performance Impressions is a violation of Plaintiffs' rights under the Copyright Act, 17 U.S.C. § 101 et seq. As a direct and proximate result thereof, Oppenheimer and Performance Impressions have been damaged and they are entitled to their damages.

WHEREFORE, Plaintiffs, DAVID OPPENHEIMER and PERFORMANCE IMPRESSIONS, LLC, demand judgment against Defendant, CIEE, LLC, as follows:

a) That Defendant be required to deliver up for impoundment the original and all copies of the Isle of Palms Photograph in all forms whatsoever, which are in Defendant's possession or under its control, including all prints, printed materials such as brochures, and newsletters, as well as all other versions and media including magnetic, electronic and digital copies and all copies on Defendant's website, [www.CIEE.org](www.CIEE.org), and that Defendant be permanently enjoined from using the Isle of Palms Photograph in any way or manner whatsoever.

b) That Defendant be required to pay the Plaintiffs such actual damages as Plaintiffs have sustained in consequence of Defendant's infringements of Oppenheimer's copyright to the Isle of Palms Photograph and to account for all gains, profits and advantages derived by Defendant from its use and infringement of said Photograph;

c) In lieu of Plaintiffs' actual damages and Defendant's profits, that Defendant be required to pay to Plaintiffs such Statutory Damages as to the Court shall appear just within the provisions of the Copyright Act in a sum not less than $750 nor more than $30,000, or if the Court finds that the infringement was committed willfully, such statutory damages as to the Court shall appear just within the provisions of the Copyright Act in a sum up to and including $150,000;

d) That Defendant pay Plaintiffs their costs together with reasonable attorney's fees in an amount to be determined by this Court;

e) That Plaintiffs have such other and further relief as is deemed to be just and proper.

**PLAINTIFFS CLAIM TRIAL BY JURY**

DAVID OPPENHEIMER and
PERFORMANCE IMPRESSIONS, LLC
By their attorney,

*/s Andrew D. Epstein*
_____
Andrew D. Epstein, Esquire
BBO #155-140
Barker, Epstein & Loscocco
Boston, Massachusetts 02110
(617) 482-4900
Fax: (617) 426-5251
Photolaw@aol.com

Dated: July 31, 2017