# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**PERFORMANCE IMPRESSIONS, LLC, ET AL.**

*Plaintiff*

v.

**CIEE, INC.**

*Defendant*

Civil Action No.:
**1:17−CV−11402−ADB**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

 **/s/ − Katelyn Coppola**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2017−08−01 13:56:11.0**, Clerk USDC DMA

Civil Action No.: **1:17−CV−11402−ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.


_____                    _____
            Date                                                *Server's Signature*

                                                                 _____
                                                                 *Printed name and title*


                                                                 _____
                                                                 *Server's Address*

Additional information regarding attempted service, etc: